NIGHT BOX FILED

2002 FEB 25 PM 4:43

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL W. BASS,

    Plaintiff,

vs.

Case No.: 97-308-CIV-ORL-19KRS

BOARD OF COUNTY COMMISSIONERS
OF ORANGE COUNTY, FLORIDA,

    Defendant.
_____ /

## NOTICE OF SETTLEMENT

MICHAEL BASS and the BOARD OF COUNTY COMMISSIONERS OF ORANGE COUNTY, FLORIDA, hereby notify the Court that they have reached a settlement of the pending action and will file a joint notice of dismissal after the parties sign a settlement agreement. The Defendant is a public agency and requires additional time to finalize the settlement.

ACCORDINGLY, the parties ask that the Court issue its standard Order of Dismissal.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on February 25, 2002, via U.S. mail delivery to Kevin Shaughnessy, Esq., and Teresa Herrmann, Akerman, Senterfitt & Eidson, P.A., 255 S. Orange Ave. P.O. Box 231, Orlando, FL 32802-0231.

                                                  Respectfully submitted,

for: Joseph Egan, Jr.
Florida Bar No. 180102

Kathryn S. Piscitelli
Florida Bar No. 368598
EGAN, LEV & SIWICA, P.A.
Post Office Box 2231
Orlando, Florida 32802
Phone: (407) 422-1400
Fax: (407) 422-3658
**Counsel for Plaintiff**

2