NIGHT BOX FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2002 APR 16  PM 4: 33

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MICHAEL W. BASS,

    Plaintiff,

Case No.: 97-308-CIV-ORL-19KRS

vs.

BOARD OF COUNTY COMMISSIONERS
OF ORANGE COUNTY, FLORIDA,

    Defendant.

_____/

## NOTICE OF PARTIES FAILURE TO SETTLE LAWSUIT

Comes now the Plaintiff, by and through his undersigned counsel, and notifies the Court that the parties have been unable to settle this lawsuit. As of this date, the parties have not executed a settlement agreement.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01G

Plaintiff's counsel talked with defense counsel this date and notified defense counsel of his intent to file this notice. As of the filing of this notice, Defendant's counsel has not stated his support or opposition to the filing of this notice.

156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kevin Shaughnessy and Teresa Herrman, of Akerman, Senterfitt & Eidson, P.A., P.O. Box 231, Orlando, Fl. 32802-0231 by facsimile and mail this 16th day of April, 2002.

                                        EGAN, LEV & SIWICA, P.A
                                        P.O. Box 2231
                                        Orlando, Fl. 32802
                                        Tel. (407) 422-1400

By: _____
                                Joseph Egan, Jr.
                                Florida Bar No. 180102