# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



MICHAEL BASS,

              Plaintiff,

vs.                                               Case No. 6:97-cv-308-Orl-19KRS

BOARD OF COUNTY COMMISSIONERS OF
ORANGE COUNTY, FLORIDA,

              Defendant.

_____

## NOTICE OF HEARING

**TAKE NOTICE** that a **Status Conference** is scheduled for **FRIDAY, APRIL 26, 2002 at 1:30 P.M.**, on the 6th Floor, George C. Young U.S. Courthouse & Federal Building, 80 North Hughey Avenue, Orlando, Florida, before the Honorable Patricia C. Fawsett, United States District Judge. **If the parties have not reached a settlement by the date of the Status Conference, the case will be placed on the May 2002 trial calendar.**

**DATED** in Orlando, Florida this 19th day of 2002.

                                                          SHERYL L. LOESCH, CLERK

                                      By:    Michael McKeon
                                                  Deputy Clerk

MJM Copies to:

Judge Fawsett's Chambers

Joseph Egan, Jr.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL 32802-2231

Kevin W. Shaughnessy
John P. Dempsey
Akerman, Senterfitt & Eidson, P.A.
255 S. Orange Ave.
P.O. Box 231
Orlando, FL 32802-0231

**PLEASE NOTE:** Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.