UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL W. BASS

 Plaintiff,

vs.

CASE NO.: 97-308-CIV-ORL-19KRS

BOARD OF COUNTY COMMISSIONERS
OF ORANGE COUNTY, FLORIDA,

 Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, the Parties, Plaintiff, MICHAEL W. BASS, and the Defendant, ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS hereby notify the Court that they have reached a final settlement in this matter.

Dated this 26th day of April, 2002.

_____
Joseph Egan, R., Esquire
Florida Bar Number: 180102
Egan, Lev, Siwica
231 East Colonial Drive
Orlando, Florida 32802-2231
Telephone: (407) 422-1400
Facsimile: (407) 422-3657
Attorneys for Plaintiff

_____
Teresa Adamson Herrmann, Esquire
Florida Bar Number: 0882046
Akerman, Senterfitt & Eidson, P.A.
255 South Orange Avenue
Citrus Center - 11th Floor
Post Office Box 231
Orlando, Florida 32802-0231
Ph: (407) 843-7860
Fax: (407) 843-6610
Attorneys for Defendants

OR499366;1

*Handwritten order:* Order 4-26-02 — This case is dismissed with prejudice.

Date Printed: 04/26/2002

Notice sent to:

    ___  Joseph Egan Jr., Esq.
           Egan, Lev & Siwica, P.A.
           231 East Colonial Dr.
           P.O. Box 2231
           Orlando, FL  32802-2221

    ___  Kathryn Sydny Piscitelli, Esq.
           Egan, Lev & Siwica, P.A.
           231 East Colonial Dr.
           P.O. Box 2231
           Orlando, FL  32802-2221

    ___  Kevin W. Shaughnessy, Esq.
           Akerman, Senterfitt & Eidson, P.A.
           255 S. Orange Ave.
           P.O. Box 231
           Orlando, FL  32802-0231

    ___  John P. Dempsey, Esq.
           Akerman, Senterfitt & Eidson, P.A.
           255 S. Orange Ave.
           P.O. Box 231
           Orlando, FL  32802-0231